# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTEMIO E. SANCHEZ,<br><br>        Petitioner,<br><br>    v.<br><br>DERRAL G. ADAMS, Warden,<br><br>        Respondent. | NO. CV 05-5263 AHM (FMO)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 30, 2008.

A. HOWARD MATZ
UNITED STATES DISTRICT JUDGE